UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                                           DECISION AND ORDER
                                                                           06-CR-6105L

                       v.

CALVIN CAMPBELL,

                          Defendant.
───────────────────────────────────────────────

      Defendant Calvin Campbell's motion for reconsideration (Dkt. #58) of this Court's order denying a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is in all respects denied. There is no basis in law or fact to reconsider the Court's prior decision of November 7, 2011.

      IT IS SO ORDERED.

                                                   _____
                                                      DAVID G. LARIMER
                                                      United States District Judge

Dated: Rochester, New York
         December 9, 2011.